UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
CAMDEN, NEW JERSEY

MICHAEL WASHINGTON

        Plaintiff(s)

(vs)

BAYSIDE STATE PRISON, ET AL.

        Defendant(s)

**JUDGMENT**

Civil #08-02571 (RBK)

---

The Hon. John Bissell, Special Master, appointed by this Court having found on October 28, 2008, and no timely objection having been filed,

IT IS, on this 27 day of January, 2009

ORDERED that the report of Hon. John Bissell dated October 28, 2008 is hereby affirmed and Judgment of No Cause For Action be entered in favor of **defendants Bayside State Prison, et al.** and against **plaintiff Michael Washington.**

HON. ROBERT B. KUGLER, U.S.D.J.